# United States Court of Appeals
## For the First Circuit

Nos. 22-1828
     24-1124

UNITED STATES,

Appellee,

v.

GEORGE KRITOPOULOS,

Defendant - Appellant.

### ORDER OF COURT

Entered: May 8, 2024
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of motion, it is ordered that the time for Appellant George Kritopoulos to file a response to Appellee United States' motion for leave to file supplemental appendix and motion for summary disposition be enlarged to and including **May 15, 2024**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Ines de Crombrugghe McGillion
Mark T. Quinlivan
Carol Elisabeth Head
Donald Campbell Lockhart
Victor A. Wild
Brian M. LaMacchia